**Appeal Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed November 19, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-01052-CV

### JIANGSU JINSHI MACHINERY GROUP CO., LTD., Appellant

### V.

### KANA ENERGY SERVICES, INC., Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2017-55123**

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 13, 2018. On August 8, 2019, we abated this appeal on appellant's unopposed motion for the parties to engage in settlement discussions. On November 4, 2019, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1.

We reinstate the appeal, grant the motion to dismiss, and dismiss the appeal.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.